**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7512**

JOSHUA BERNARD JOHNS,

Plaintiff - Appellant,

versus

ADMINISTRATIVE FOOD SERVICE MANUAL, Head
Supervisors,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1140-1)

Submitted: December 20, 2001          Decided: January 9, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joshua Bernard Johns, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joshua Bernard Johns appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's order and find this appeal frivolous. Accordingly, we dismiss the appeal as frivolous on the reasoning of the district court. <u>See</u> <u>Johns v. Administrative Food</u>, No. CA-01-1140-1 (E.D. Va. Aug. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2